**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 98-6733**

————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TAURUS DOUGLAS PHILLIPS,

Defendant - Appellant.

————————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, District
Judge.  (CR-95-786, CA-97-1837-4-22)

————————————

Submitted:  October 20, 1998        Decided:  November 16, 1998

————————————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Taurus Douglas Phillips, Appellant Pro Se.  Alfred William Walker
Bethea, Assistant United States Attorney, Florence, South Carolina,
for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Phillips</u>, Nos. CR-95-786; CA-97-1837-4-22 (D.S.C. Apr. 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>